# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>              Plaintiff,<br><br>     v.<br><br>FAIRFIELD POLICE DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 1:25-cv-00068-BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On January 15, 2025, Plaintiff Orlonzo Hedrington filed this civil action against the following defendants: (1) Fairfield Police Department; (2) Edward Vieira-Ducey; (3) Patrick Moriarty; (4) Kevin Allen; (5) Maria Nizzolino; (6) Castillo Moriarty, Robinson, LLP; (7) County of Solano; (8) Barbara Zuniga; (9) E. Bradley Nelson; (10) Christine Carringer; (11) Danielle Lewis; (12) United States of America; (13) Joseph Frueh; (14) Debra Barnes; (15) Kimberly J. Mueller; (16) David A. Hunter; (17) Joseph Sky; (18) Bruce A. Neilson; (19) Peter L. Fear; (20) Joseph Fear; and (21) Air Force Office of Special Investigation. (Doc. 1.) Plaintiff proceeds *pro se* and paid the civil filing fee.

Plaintiff's complaint alleges constitutional violations arising from Plaintiff's alleged sexual assault during a visit to David Grant Medical Center, a subsequent investigation of the alleged assault by Defendant Fairfield Police Department, and Plaintiff's prior civil lawsuit. (Doc. 1 at 3, 10.) The events in the complaint are alleged to have occurred at David Grant

Medical Center at Travis Air Force Base in Fairfield, which is a part of the Sacramento Division of the United States District Court for the Eastern District of California.  Further, the Fairfield Police Department is within Solano County, which is part of the Sacramento Division.  Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **January 16, 2025**               /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2